```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

BARBARA L. JARVIS,                *

    Plaintiff,                *

vs.                               *
                                    CASE NO. 3:22-CV-71 (CDL)
ALLSTATE PROPERTY & CASUALTY      *
INSURANCE COMPANY,
                                  *
    Defendant.
                                  *

O R D E R

The Court previously granted Plaintiff's motion to remand. Order, Oct. 6, 2022, ECF No. 10. The Court found that Defendant should be required to pay "just costs and any actual expenses, including attorney fees, incurred as a result of the removal" under 28 U.S.C. § 1447(c), and it instructed Plaintiff to file a motion for those costs and expenses. *Id.* at 5. Plaintiff filed the motion, along with evidence supporting the amount sought. Mot. Att'y Fees, ECF No. 13. Defendant did not respond. The Court reviewed Plaintiff's evidence of reasonable attorney's fees and awards Plaintiff attorney's fees in the amount of $3,655.00. Defendant shall make payment through Plaintiff's counsel within fourteen days of today's order.

IT IS SO ORDERED, this 29th day of November, 2022.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                            U.S. DISTRICT COURT JUDGE
                                            MIDDLE DISTRICT OF GEORGIA